IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-42599 |
| Robert J Baker | ) | Chapter 13 |
| Annette L Baker | ) | Judge: Donald R. Cassling |
| Debtors | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Robert J Baker　　　　　　　　　　　　　　　　SULAIMAN LAW GROUP
Annette L Baker　　　　　　　　　　　　　　　 900 JORIE BLVD #150
601 N. Lyle Avenue　　　　　　　　　　　　　 OAK BROOK, IL  60523
Elgin, IL  60123

　　Please take notice that on February 26, 2016 at 10:00 am, a representative of this office shall appear before the Honorable Judge Donald R. Cassling, at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL  60134 and present the motion set forth below.

　　I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on February 19, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Jenn Karmia
　　　　　　　　　　　　　　　　　　　　　　　　FOR: Glenn Stearns, Chapter 13 Trustee

## MOTION TO DISMISS FOR UNREASONABLE DELAY

　　Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtors filed a petition under Chapter 13 on Thursday, December 17, 2015.
2. The Debtors have failed to:
    a. File an amended plan.
3. As a result, the Debtors have failed to comply with the Bankruptcy Code and have caused an unreasonable delay that is prejudicial to creditors.

　　WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted;

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Carolyn Suzzi
　　　　　　　　　　　　　　　　　　　　　　　　FOR: Glenn Stearns, Chapter 13 Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350