**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
| | : |
| **Robert J Baker** | : Case No.: **15-42599** |
| **Annette L Baker** | : **Chapter 13** |
| | : **Judge Donald R. Cassling** |
| **Debtors.** | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 15)

Now comes The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates, Series 2005-54CB ("Creditor"), by and through its mortgage servicing agent BayView Loan Servicing, by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on February 1, 2016.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is
tjruchman@manleydeas.com

1

16-007144_SEN

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL  60532

Charles L. Magerski, Attorney for  Robert J Baker and Annette L Baker, Sulaiman Law Group, LTD, 900 Jorie Boulevard, Suite 150, Oak Brook, IL  60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 8, 2016:

Robert J Baker and Annette L Baker, 601 N. Lyle Avenue, Elgin, IL 60123

/s/ Todd J. Ruchman

2

16-007144_SEN