**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert J Baker** | Social Security number or ITIN  **xxx–xx–2887** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Annette L Baker** | Social Security number or ITIN  **xxx–xx–6050** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **15–42599**

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert J Baker                                     Annette L Baker
   aka Robert Joseph Baker

   If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

October 10, 2019                              **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                  United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-42599-JSB
Robert J Baker                                                        Chapter 13
Annette L Baker
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers              Page 1 of 2              Date Rcvd: Oct 10, 2019
                               Form ID: 3180W            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
```
db/jdb         +Robert J Baker,    Annette L Baker,    1251 River Ash Court,    Bartlett, IL 60103-1597
25761763       +2005 Residential Trust 3-2,    c/o Park Tree Investments,    425 Divisadero St.,    Suite 207,
                 San Francisco, CA 94117-2242
24033920       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
24093530       +DuPage County Probation Department,    503 N. County Farm Road,    Wheaton, IL 60187-3942
24033924       +Dupage Probation Department,    505 N. County Farm Road,    Wheaton, IL 60187-2522
24033925       +Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309-2468
24033926       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24273811       +MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR,    MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
24409191       +PNC BANK, National Association,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
24033929       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
24033930       +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
24046002        The Bank of New York Mellon,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
24033934        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24033911        EDI: CINGMIDLAND.COM Oct 11 2019 04:48:00     AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
24033912       +EDI: CITICORP.COM Oct 11 2019 04:48:00      At&T Universal Citi Card,    Po Box 6500,
                 Sioux Falls, SD 57117-6500
24033913       +EDI: BANKAMER.COM Oct 11 2019 04:48:00      Bank Of America,    Correspondence FL-1-908-01-49,
                 Po Box 31785,    Tampa, FL 33631-3785
24033914       +EDI: BANKAMER2.COM Oct 11 2019 04:48:00      Bank Of America, N.A. *,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
24033915       +EDI: HFC.COM Oct 11 2019 04:48:00      Best Buy Co., Inc,    Bureaus Investment Group,
                 PO Box 17298,    Baltimore, MD 21297-1298
24033916       +EDI: CAPITALONE.COM Oct 11 2019 04:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
24151982        EDI: CAPITALONE.COM Oct 11 2019 04:48:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
24033917       +EDI: AIS.COM Oct 11 2019 04:48:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
24033918       +EDI: CAPITALONE.COM Oct 11 2019 04:48:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
24408026       +E-mail/Text: bncmail@w-legal.com Oct 11 2019 01:06:46      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
24033922        EDI: DISCOVER.COM Oct 11 2019 04:48:00      Discover Financial Services,    2500 Lake Cook Road,
                 Deerfield, IL 60015
24033923        EDI: DISCOVER.COM Oct 11 2019 04:48:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
24049131        EDI: DISCOVER.COM Oct 11 2019 04:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
24033921       +EDI: DISCOVER.COM Oct 11 2019 04:48:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
24375751        EDI: ECAST.COM Oct 11 2019 04:48:00      ECAST SETTLEMENT CORPORATION,    PO BOX 29262,
                 NEW YORK, NY 10087-9262
24033927        E-mail/Text: bankruptcy@landmarkcu.com Oct 11 2019 01:06:37      Landmark Credit Union,
                 5445 Sw Ridge Drive,    New Berlin, WI 53151
24033928       +EDI: RMSC.COM Oct 11 2019 04:48:00      Menard, Inc,    4777 Menard Drive,
                 Eau Claire, WI 54703-9604
24419399        EDI: PRA.COM Oct 11 2019 04:48:00      Portfolio Recovery Associates, LLC,
                 Successor to Citibank, N.A. (BEST BUY),    POB 41067,    Norfolk, VA 23541
24033931       +EDI: RMSC.COM Oct 11 2019 04:48:00      Synchrony Bank,    PO Box 530916,
                 Atlanta, GA 30353-0916
24033932       +EDI: RMSC.COM Oct 11 2019 04:48:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
24033933       +EDI: RMSC.COM Oct 11 2019 04:48:00      Synchrony Bank/Care Credit,    Attn: bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
24422506       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 11 2019 01:07:00
                 The Bank of New York Mellon,    c/o Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,
                 5th Floor,    Coral Gables, FL 33146-1837
24360904        EDI: BANKAMER.COM Oct 11 2019 04:48:00      The Bank of New York Mellon FKA,
                 c/o Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
                                                                                              TOTAL: 23
```

```
District/off: 0752-1          User: mmyers              Page 2 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: 3180W            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24033919     ##+Care One,    PO BOX 129,    Columbia, MD 21045-0129
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

```
              Charles L. Magerski    on behalf of Debtor 1 Robert J Baker Cmagerski@sulaimanlaw.com,
               charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com
              Charles L. Magerski    on behalf of Debtor 2 Annette L Baker Cmagerski@sulaimanlaw.com,
               charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Jill  Sidorowicz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-E jsidorowicz@wmlegal.com
              Joseph S Davidson    on behalf of Debtor 1 Robert J Baker jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Joseph S Davidson    on behalf of Debtor 2 Annette L Baker jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Michael  Dimand    on behalf of Creditor    2005 Residential Trust 3-2 c/o Park Tree Investments
               mdimand@aol.com,   bankruptcyfilings@wirbickilaw.com
              Michael N Burke    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
               ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASS- bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Todd J  Ruchman    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
                                                                                             TOTAL: 10
```